IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WANAT, | No  C-02-0851 VRW |
|     Plaintiff | ORDER |
|     v | |
| UNITED TOURING CO, et al | |
|     Defendants. / | |

Plaintiff has filed a notice of voluntary dismissal of this action pursuant to FRCP 41(a)(1)(i).  Doc #84.  Because no defendant has answered plaintiff's first amended complaint or otherwise pled, the clerk is directed to CLOSE the file and TERMINATE all motions

SO ORDERED.

_(signature)_

VAUGHN R WALKER

United States District Chief Judge